IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES A. SAVAGE,

Plaintiff,

v.

STEVE HERNDON,

Defendant.

Case No. 18-cv-1817 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: April 6, 2020**      **MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**