IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES A. SAVAGE,

Plaintiff,

v.

STEVE HERNDON,

Defendant.

Case No. 18-cv-1817 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: September 8, 2020**        **MARGARET M. ROBERTIE, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**